HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
CARLOS GASTELUM BUSTAMANTE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> CARLOS GASTELUM-BUSTAMANTE, <br><br> Defendant. | Case No.   2:23-cr-00214-02-WBS <br><br> STIPULATION TO CONTINUE SENTENCING HEARING AND MODIFY FILING SCHEDULE; ORDER <br><br> DATE:   October 20, 2025 <br> TIME:    10:00 a.m. <br> JUDGE: Hon. William B. Shubb |

IT IS HEREBY STIPULATED by and between Eric Grant, United States Attorney, through David Spencer, Attorneys for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Noa Oren, Attorney for Defendant Carlos Gastelum Bustamante that the sentencing hearing currently set for October 20, 2025, be continued to **January 26, 2026, at 10:00 a.m.**  U.S Probation joins in this request.

The parties further request that the filing schedule be modified with the new sentencing date, as follows:

Reply/Non-Opposition due:                                                                 January 19, 2026

Judgment & Sentencing due:                                                               January 26, 2026

-1-

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | HEATHER E. WILLIAMS<br>Federal Defender |
| *Date: October 10, 2025* | */s/ Noa E. Oren*<br>NOA E. OREN<br>Assistant Federal Defender<br>Attorney for Defendant<br>CARLOS DANIEL GASTELUM BUSTAMANTE |
| Date: <u>*October 10, 2025*</u> | ERIC GRANT<br>United States Attorney |
|  | */s/ David Spencer*<br>DAVID SPENCER<br>Assistant U.S. Attorneys<br>Attorneys for Plaintiff |

## ORDER

IT IS HEREBY ORDERED, the Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

**IT IS SO ORDERED.**

Dated: October 11, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE