HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
CARLOS GASTELUM BUSTAMANTE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>CARLOS GASTELUM BUSTAMANTE,<br><br>    Defendant. | Case No.   2:23-cr-00214-02 WBS<br><br>STIPULATION TO CONTINUE SENTENCING HEARING AND MODIFY PRESENTENCE SCHEDULE; ORDER<br><br>DATE:   January 26, 2026<br>TIME:    10:00 a.m.<br>JUDGE: Hon. William B. Shubb |

IT IS HEREBY STIPULATED by and between Eric Grant, United States Attorney, through David Spencer, Attorneys for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Noa Oren, Attorney for Defendant Carlos Gastelum Bustamante, that the sentencing hearing currently set for January 26, 2026, be continued to **April 20, 2026, at 10:00 a.m.**

U.S Probation joins in the request to move the date to April 20, 2026.

The parties further request that the PSR schedule be modified with the new sentencing date, as follows:

Formal Objections to Presentence Report Due:          April 6, 2026

Reply/Non-Opposition due:          April 13, 2026

Judgment & Sentencing due:          April 20, 2026, 10:00 AM

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: January 16, 2026

*/s/ Noa E. Oren*
NOA E. OREN
Assistant Federal Defender
Attorney for Defendant
CARLOS DANIEL GASTELUM BUSTAMANTE

Date: January 16, 2026

ERIC GRANT
United States Attorney

*/s/ David Spencer*
DAVID SPENCER
Assistant U.S. Attorneys
Attorneys for Plaintiff

## ORDER

IT IS HEREBY ORDERED, the Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

**IT IS SO ORDERED.**

DATED:  January 16, 2026

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Gastelum Bustamante: Stipulation and Order to Continue
Sentencing/Modify PSR Schedule

-2-